UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOVAN WILLIAMS,

          Plaintiff,

v.                                                               Case No. 20-cv-1201-bhl

ERICA DERKSEN,

          Defendant.

## DECISION AND ORDER

      Plaintiff Jovan Williams, a prisoner confined at the Waupun Correctional Institution who is representing himself, filed this action under 42 U.S.C. §1983. On January 14, 2021, Defendant filed a motion for summary judgment on the ground Williams failed to exhaust the available administrative remedies. Dkt. No. 16. On February 11, 2021, in a text-only order, the Court granted Williams' motion to extend his response deadline to March 17, 2021. Dkt. No. 23. About a week before the deadline, Williams filed a motion to dismiss and to strike Defendant's motion. Dkt. No. 24. Williams explains that he has other cases pending, and he is unable to litigate them all at once. He asks the Court to dismiss this lawsuit without prejudice and strike Defendant's motion. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court will grant Williams' request to voluntarily dismiss this case and will deny Defendant's motion as moot.

      **IT IS THEREFORE ORDERED** that Williams' motion to dismiss and to strike Defendant's motion for summary judgment on exhaustion grounds (Dkt. No. 24) is **GRANTED in part**. This case is **DISMISSED without prejudice** and Defendant's motion for summary judgment on exhaustion grounds (Dkt. No. 16) is **DENIED as moot**.

      Dated at Milwaukee, Wisconsin this 10th day of March, 2021.

                                              BY THE COURT:

                                              s/ *Brett H. Ludwig*
                                              BRETT H. LUDWIG
                                              United States District Judge